# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Amon, Carol B. | U.S. District Court, E.D.N.Y. | 1/4/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Room 908S Brooklyn
NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/2002 | Law Office of Thomas G. Amon - Chase Manhattan Bank Defined Benefit Pension Plan |
| 2. 1/1/2002 | Law Office of Thomas G. Amon - Chase Manhattan Bank Defined Benefit Profit-Sharing Plan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 1/4/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Law Office Thomas G. Amon - Non-investment Income Pension Plan |
| 2. 2019 | Law Office Thomas G. Amon - Non-investment Income Profit-sharing Plan |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law | March 13 - 15, 2019 | Malibu, California | Lecturer - Byrne Clerk's Institute | Meals, transportation and lodging |
| 2. | E.D.N.Y. Association | February 13, 2019 | New York, New York | Annual Dinner | Meals |
| 3. | Federal Bar Conference | February 16 - 23, 2019 | Maui, Hawaii | Winter Bar Meeting | Meals, transportation and lodging |
| 4. | Thomas More Society | October 1, 2019 | New York, New York | Award Dinner | Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 1/4/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Passumpic Bank | Mortgage of rental property - Newport, VT - rental income generated in 2019 | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Amon, Carol B.** | 1/4/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   IRA Accts Citibank, B'kyn, NY (See VIII) | C | Dividend | M | T | | | | | |
| 2.   Law Partnership Cap Acct | | None | N | T | | | | | |
| 3.   Citibank N.A. Money Market | C | Interest | M | T | | | | | |
| 4.   Merrill Lynch CMA Account (H) (See VIII) | | | | | | | | | |
| 5.   Invesco/Midcap Growth | A | Dividend | K | T | | | | | |
| 6.   Fidelty Ad Equity Growth | A | Dividend | L | T | | | | | |
| 7.   Fidelty Ad Tech Fund | A | Dividend | K | T | | | | | |
| 8.   MFS Moderate Allocation | B | Dividend | N | T | | | | | |
| 9.   Johnson & Johnson | A | Dividend | J | T | | | | | |
| 10.   1919 Financial Services Fund Class C | A | Dividend | J | T | | | | | |
| 11.   ClearBridge Large Cap | A | Dividend | J | T | | | | | |
| 12.   Chase Select Checking | B | Interest | M | T | | | | | |
| 13.   Passumpsic Bank (See VIII) | A | Interest | J | T | | | | | |
| 14.   Encore Networks Inc. (See VIII) | | None | M | T | | | | | |
| 15.   Rental Property Brooklyn, NY | D | Rent | P1 | R | | | | | |
| 16.   Rental Property Newport, VT (See VIII) | D | Rent | N | R | | | | | |
| 17.   AXA Equitable Variable Life Policy (See VIII) | B | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Amon, Carol B.** | 1/4/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Aim Technology | A | Dividend | J | T | | | | | |
| 19. Sonic Mountain Inc. | | None | K | U | | | | | |
| 20. Citibank CD | A | Interest | J | T | | | | | |
| 21. Spoleto Corp. (See VIII) | C | Interest | N | T | | | | | |
| 22. Pimco Total Return Fund (Bonds) | A | Interest | M | T | | | | | |
| 23. Franklin Rising Dividends FD Class A | A | Dividend | L | T | | | | | |
| 24. Walnut Street Finance, LLC | D | Interest | M | T | | | | | |
| 25. Military Talent Group, Inc. | | None | P1 | T | | | | | |
| 26. Airborne Wireless Network | | None | J | T | | | | | |
| 27. Wilson Davis Account # 1 (H) (See VIII) | | | | | | | | | |
| 28. -Microsoft | | None | J | T | | | | | |
| 29. -Apple | | None | J | T | | | | | |
| 30. -Fidelity Funds | A | Dividend | K | T | Buy | 1/1/19 | | | |
| 31. JP Morgan Brokerage Account # 3 (CBA) (H) (See VIII) | | | | | | | | | |
| 32. -Treas Money Market | A | Dividend | L | T | | | | | |
| 33. JP Morgan Advisory (See VIII) Horizen Account (CBA) #4 | C | Dividend | N | T | | | | | |
| 34. -Invesco Asia Pacific Growth | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Amon, Carol B.** | 1/4/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -IShare Russell 2000 ETF | A | Dividend | K | T | | | | | |
| 36.  -IShares New York Muni Bond | A | Dividend | J | T | Sold<br>(part) | 4/1/19 | J | A | |
| 37.  -IShares IBOXX $ High Yield Corporate<br>Bond ETF | A | Dividend | J | T | | | | | |
| 38.  -IShares Select Dividend ETF | A | Dividend | J | T | | | | | |
| 39.  -Lord Abbett Shrt Duration Income Fund | A | Dividend | K | T | | | | | |
| 40.  -Pimco High Yield Fund Inst1 C1 | A | Dividend | J | T | | | | | |
| 41.  -Vanguard S&P 500 ETF | A | Dividend | K | T | | | | | |
| 42.  -Vanguard Total Bond Market ETF | A | Dividend | J | T | | | | | |
| 43.  -Powershares QQQ Trust Series 1 | A | Dividend | L | T | | | | | |
| 44.  -Guggenheim S&P 500 Equal Weight ETF | A | Dividend | K | T | | | | | |
| 45.  -JP Morgan Deposit Acct A | A | Interest | K | T | | | | | |
| 46.  -DoubleLine FDS TR | A | Dividend | K | T | | | | | |
| 47.  -Invesco Exchange Traded Fund | A | Dividend | L | T | | | | | |
| 48.  -JPM 100% U.S. Treas Sec MM | A | Interest | J | T | | | | | |
| 49.  -NYS 529 College Savings Account (See<br>VIII) | A | Dividend | J | T | | | | | |
| 50.  -Columbia Convert Bond Fund | A | Interest | J | T | Buy | 4/11/19 | J | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Amon, Carol B.** | 1/4/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII

Item 1 - IRA Accts Citibank, B'klyn, NY - Fidelity Advisor Stock Selector All Cap Fund Class A

Item 4 - Merrill Lynch CMA Account (CBA) - Master Account Holding Items 5 - 11

Item 13 - Passumpsic Bank - Newport, VT - Account opened on 5/15/18

Item 14 - Market value of vested options less exercise on 12/31/19

Item 16 - Rental property located in City of Newport, Chittenddon County, Vermont, inherited in 19994. Value at date acquired - $200,000

Item 17 - AXA Equitable Variable Life Insurance Policy - Incentive Legacy III

Item 21 - Asset Management Consulting Company

Item 27 - Management Asset Account (TGA)

Item 31 - Managed Asset Brokerage Account - (JPMorgan Securities) (CBA)

Item 33 - Advisory Horizen Managed Account - (JPMorgan Securities) (CBA)

Item 49 - Investment with Vanguard Aggressive Growth Funds

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Carol B. Amon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544